THE NATIONAL STATE BANK OF NEWARK, AS SUCCESSOR TRUSTEE UNDER DEED OF TRUST OF EDWARD GOOD-RICH ACHESON, DATED JULY 10, 1928, PLAINTIFF-RESPONDENT, v. MARGARET ACHESON STUART, ET AL., DEFENDANTS-APPELLANTS.

Argued October 15, 1951—Decided October 22, 1951.

*Mr. Richard V. Stein* argued the cause for the appellant Margaret Acheson Stuart (*Messrs. Stein, Stein & Hughes,* attorneys).

*Mr. Coleman Burke* argued the cause for the appellant Lyall L. Stuart.

*Mr. William H. Corbin* argued the cause for the respondents guardians *ad litem.*

*Mr. Donald B. Kipp* argued the cause for the respondent trustee (*Messrs. Pitney, Hardin & Ward,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Freund in the Superior Court, Chancery Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, WACHENFELD, BURLING and ACKERSON—5.

*For reversal*—None.